■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WOODS, Appellant. [628 NYS2d 563] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Orgera, J.), rendered June 15, 1994, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court did not improvidently exercise its discretion in denying his challenge for cause to a prospective juror. Viewing the prospective juror's statements as a whole *(see, People v Blyden,* 55 NY2d 73, 78), these statements do not indicate that the prospective juror possessed "a state of mind that [was] likely to preclude [her] from rendering an impartial verdict" (CPL 270.20 [1] [b]; *cf., People v Punch,* 215 AD2d 410).

The sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Pizzuto, J. P., Hart, Friedmann and Florio, JJ., concur.